NOSSAMAN LLP
E. GEORGE JOSEPH (SBN 110797)
gjoseph@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA  92612
Telephone:  949.833.7800
Facsimile: 949.833.7878

Attorneys for Defendants
FOOTHILL/EASTERN TRANSPORTATION
CORRIDOR AGENCY, SAN JOAQUIN HILLS
TRANSPORTATION CORRIDOR AGENCY;
RHONDA REARDON; MICHAEL KRAMAN; CRAIG
YOUNG; SCOTT SCHOEFFEL; AND ROSS CHUN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY DAVIDI BORSUK, a natural person; on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE TRANSPORTATION CORRIDOR AGENCIES, a government agency d/b/a/ "The Toll Roads"; FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, a government agency; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY, a government agency; RHONDA REARDON, a natural person; MICHAEL KRAMAN, a natural person; CRAIG YOUNG, a natural person; SCOTT SCHOEFFEL, a natural person; ROSS CHUN, a natural person; ORANGE COUNTY TRANSPORTATION AUTHORITY, a GOVERNMENTAL agency; DARRELL JOHNSON, a natural person; and DOES 1-250, inclusive,<br><br>    Defendants. | Case No:   8:16-cv-262<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

14107091.v1

I hereby certify that on February 16, 2016, I transmitted the electronic version of the Notice to Adverse Parties and State Court of Removal of a Civil Action attached hereto as Exhibit A to the Orange County Superior Court Clerk's Office, pursuant to California Rules of Court, rules 2.251(a)(2) and 2.251(a)(3), through the user interface at onelegal.com to the following:

| | |
|---|---|
| Lois Bobak, Esq.<br>WOODRUFF, SPRADLIN & SMART, APC<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, CA  92626<br>Telephone:  (714) 558-7000<br>Facsimile:  (714) 835-7787<br>Email:  lbobak@wss-law.com<br><br>*Attorneys for Defendants Orange County Transportation Authority and Darrell Johnson*<br><br>*(Courtesy Copy)* | Blake J. Lindemann, Esq.<br>LINDEMANN LAW FIRM<br>433 N. Camden Drive, 4th Floor<br>Beverly Hills, CA  90210<br>Telephone:  (310) 279-5269<br>Facsimile:  (310) 300-0267<br>Email:  blake@lawbl.com<br><br>*Attorneys for Plaintiff Penny Davidi Borsuk* |

By:   /s/ Benjamin Z. Rubin

---

1
CERTIFICATE OF SERVICE