Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARREL JOHNSON; LORI DONCHAK; INGE G. THULIN; WILLIAM P. DUFFY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00262 AG (JCGx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT WILLIAM P. DUFFY WITH PREJUDICE**<br><br>Judge: Hon. Andrew J. Guilford |

4842-5044-5923.2

**ORDER OF DISMISSAL OF DEFENDANT WILLIAM P. DUFFY WITH PREJUDICE**

# ORDER

Having considered the Stipulation between Plaintiffs and Defendant William P. Duffy to dismiss him from the action with prejudice, and good cause appearing therefore:

**IT IS HEREBY ORDERED** as follows:

Defendant William P. Duffy is dismissed by the Plaintiffs, in their individual capacities only, from the present action with prejudice, with Plaintiffs waiving any claim against Duffy for attorney's fees and costs, and Duffy waiving any claim against Plaintiffs for attorney's fees or costs.

**IT IS SO ORDERED.**

Dated: May 16, 2018

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE