| | |
|---|---|
| 1 | **COAST LAW GROUP LLP** |
| 2 | HELEN I. ZELDES (220051)<br>helen@coastlaw.com |
| 3 | ANDREW J. KUBIK (246902)<br>andy@coastlaw.com |
| 4 | BEN TRAVIS (305641)<br>ben@coastlaw.com |
| 5 | 1140 S. Coast Highway 101<br>Encinitas, California 92024 |
| 6 | Telephone: 760-942-8505<br>Facsimile: 760-942-8515 |

*Co-Lead Class Counsel*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION<br>PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br>  v.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARREL JOHNSON; LORI DONCHAK; WILLIAM P. DUFFY; COFIROUTE USA, LLC; and DOES 3-10, inclusive,<br><br>      Defendants. | Case No.: 8:16-cv-00262 AG (JCGx)<br><br>**PLAINTIFFS' REQUEST TO LIFT STAY FOLLOWING NINTH CIRCUIT'S DENIAL OF DEFENDANTS' 23(F) AND 1292(B) REQUESTS**<br><br>Judge: Hon. Andrew J. Guilford<br>Courtroom: 10D<br>Complaint Served: Jan. 15, 2016<br>Removed: Feb. 16, 2016 |

1 Plaintiffs Penny Borsuk, David Coulter, Ebrahim Mahda, Todd Quarles, Todd Carpenter, Lori Myers, Dan Golka, and James Watkins (collectively, "Plaintiffs"), through their respective attorneys of record, hereby submit the following Request to Lift Stay Following the Ninth Circuit's Denial of Defendants' 23(f) and 1292(b) Requests for Review.

**UPDATE ON DEFENDANTS' APPEAL TO THE NINTH CIRCUIT**

On April 24, 2019, the Ninth Circuit denied Defendant 3M's Petition for Permission to Appeal this Court's Class Certification Order, holding: "The court, in its discretion, denies the petition for permission to appeal the district court's October 3, 2018 order granting class action certification." See Ninth Circuit Order Dated April 24, 2019, attached as Exhibit 1. The Ninth Circuit also denied Defendants' request for 28 U.S.C.§1292(b) review notwithstanding Defendants setting forth their arguments about how this case involves issues of first impression as to the meaning of Streets and Highways Code §31490, the types of transmissions at issue and the amount of the damages for each type of transmissions (alleging certification of the class creates a "death knell" for them). See 3M Petition at pp. 10, 15-18, 24, attached as Exhibit 2.

Specifically, 3M (and all the other Defendants who joined in 3M's petition), argued:

> This is the first case ever brought under § 31490. Both in its class certification order and at subsequent hearings, the district court repeatedly emphasized that the issues underlying Plaintiffs' § 31490 claims warrant immediate appellate review under 28 U.S.C. § 1292(b). (*See* Exhibit 1, at 20.) The court declared that the issues are "significant, complex, unclear under state law." (Dkt. 496; Sept. 24, 2018 Hrg. Tr. At 5:1-3.) Later, the court reiterated: "I think this case has sufficient complexity through no fault of the parties where a 1292(b) appeal is appropriate." (Dkt. 502; Oct. 1, 2018 Hrg. Tr. at 7:1-3.)

Consistent with the district court's statements, **3M is moving the district court to certify its orders for interlocutory review under 28 U.S.C. § 1292(b)**). If the court does so, this Court should grant the § 1292(b) petition and consolidate it with this appeal so the Court can address all issues at once. Granting a Rule 23(f) petition in parallel with a § 1292(b) petition is a highly effective way to streamline proceedings because it allows the Court to "clarify some imprecision in the case law, while at the same time giving the parties (and the lower court) a better sense as to which aspects of the class certification might reasonably be open to subsequent reconsideration." *Waste Mgmt. Holdings, Inc. v. Mowbray*, 208 F.3d 288, 295 (1st Cir. 2000) (granting Rule 23(f) review); *see also Tilley v. TJX Cos., Inc.*, 345 F.3d 34, 39 (1st Cir. 2003) (granting Rule 23(f) review because the parties "have fully briefed the merits, and postponing a decision would be wasteful").

Exhibit 2 at 24-25 (emphasis added).

To which the Ninth Circuit unequivocally responded, "To the extent that petitioner seeks relief under 28 U.S.C. §1292(b), petitioner's request is denied. Any pending motions are denied as moot."

All other Defendants joined in 3M's petition and did not file separate requests. There being no other appeals pending, and the Ninth Circuit denying 3M's request to hear their contemplated §1292(b) motion (or to provide §1292(b) relief), Plaintiffs respectfully request that this Court lift the stay in this matter and set a status conference to take place on May 13, 2019[1], or as soon as is practicable, to set dates for the hearings on Plaintiffs' Motion for Approval of Class Notice Plan, and to reset the Trial date.

---

[1] The Parties will be appearing before this Court on May 13, 2019, in the Associated Industries Insurance matter for a hearing on Plaintiffs' and TCA's Motions to Stay.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Date: April 25, 2019 | COAST LAW GROUP LLP |
| 3 |  | HELEN I. ZELDES (220051) |
| 4 |  | By: /s/ *Helen I. Zeldes* |
| 5 |  | Helen I. Zeldes |
| 6 |  |  |
| 7 |  | helen@coastlaw.com |
| 8 |  | 1140 S. Coast Highway 101 |
|   |  | Encinitas, California 92024 |
|   |  | Telephone: 760-942-8505 |
| 9 |  | Facsimile: 760-942-8515 |
| 10 |  | *Co-Lead Class Counsel* |
| 11 |  | LINDEMANN LAW FIRM, APC |
| 12 | Date: April 25, 2019 | BLAKE J. LINDEMANN (255747) |
| 13 |  |  |
| 14 |  | By: /s/ *Blake J. Lindemann* |
|   |  | Blake J. Lindemann |
| 15 |  |  |
| 16 |  | blake@lawbl.com |
|   |  | 433 N. Camden Drive, 4th Floor |
| 17 |  | Beverly Hills, CA 90210 |
|   |  | Telephone: 310-279-5269 |
| 18 |  | Facsimile: 310-300-0267 |
| 19 |  | *Co-Lead Class Counsel* |
| 20 | Date: April 25, 2019 |  |
| 21 |  | CUNEO GILBERT & LADUCA LLP |
|   |  | MICHAEL J. FLANNERY (196266) |
| 22 |  |  |
| 23 |  | By: /s/ *Michael J. Flannery* |
|   |  | Michael J. Flannery |
| 24 |  |  |
| 25 |  | mflannery@cuneolaw.com |
|   |  | 7733 Forsyth Boulevard, Suite 1675 |
| 26 |  | Clayton, MO 63105 |
|   |  | Telephone: (314) 226-1015 |
| 27 |  | Facsimile: (202) 789-1813 |
| 28 |  | *Co-Lead Class Counsel* |

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the above-listed filing attorney certifies that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Date:   April 25, 2019

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
1140 S. Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515

***Co-Lead Class Counsel***