| | |
|---|---|
| 1 | **COAST LAW GROUP LLP** |
| 2 | HELEN I. ZELDES (220051) |
| | helen@coastlaw.com |
| 3 | BEN TRAVIS (305641) |
| | ben@coastlaw.com |
| 4 | 1140 S. Coast Highway 101 |
| | Encinitas, California 92024 |
| 5 | Telephone: 760-942-8505 |
| | Facsimile: 760-942-8515 |

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION | Case No: 8:16-cv-00262 AG (JCGx) |
| ──────────────────────────── | |
| PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated, | **JOINT STATEMENT INFORMING THE COURT OF 3M SETTLEMENT** |
| | Date:        July 29, 2019 |
| | Time:        10:00 a.m. |
| Plaintiffs, | Judge:       Hon. Andrew J. Guilford |
| vs. | Courtroom: 10D |
| FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARRELL JOHNSON; LORI DONCHAK; COFIROUTE USA, LLC; and DOES 3-10, inclusive, | Complaint Filed: October 2, 2015 |
| Defendants. | |

Plaintiffs and 3M hereby notify the Court that they have reached an agreement to settle all claims against 3M on a classwide basis. The settlement resolves only the claims against 3M; it does not resolve any claims against other Defendants.

Plaintiffs and 3M have signed a written term sheet and are working to draft and execute a complete agreement and supporting documents, including settlement class notice. When these projects are completed, Plaintiffs will file a motion with the Court seeking preliminary approval of the settlement and an order directing notice to be sent to the settlement class under Fed. R. Civ. P. 23(e)(1).

Because of the settlement, Plaintiffs and 3M respectfully request that the Court *exclude* 3M from any ruling on the pending Joint Defense Motion to Decide Key Questions (Dkt. 527) and make it clear in any tentative and final opinion addressing the motion that the ruling does *not* apply to 3M.

Counsel for 3M and Plaintiffs will appear at the July 29, 2019 hearing and be prepared to address the Court's questions about the settlement approval process, although we respectfully request leave to keep the settlement terms confidential until they are presented to the Court in a preliminary-approval motion.

Respectfully submitted,

Date: July 19, 2019

COAST LAW GROUP LLP
HELEN I. ZELDES (220051)

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
helen@coastlaw.com
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Telephone: (760) 942-8505
Facsimile: (760) 942-8515

***CO-LEAD CLASS COUNSEL***

| | | |
|---|---|---|
| 1 | Date: July 19, 2019 | LINDEMANN LAW FIRM, APC |
| 2 | | BLAKE J. LINDEMANN (255747) |
| 3 | | By: /s/ *Blake J. Lindemann* |
| | | Blake J. Lindemann |
| 4 | | blake@lawbl.com |
| 5 | | 433 N. Camden Drive, 4th Floor |
| | | Beverly Hills, CA 90210 |
| 6 | | Telephone: 310-279-5269 |
| 7 | | Facsimile: 310-300-0267 |
| 8 | | ***CO-LEAD CLASS COUNSEL*** |
| 9 | Date: July 19, 2019 | CUNEO GILBERT & LADUCA LLP |
| 10 | | MICHAEL J. FLANNERY (196266) |
| 11 | | By: /s/ *Michael J. Flannery* |
| 12 | | Michael J. Flannery |
| | | mflannery@cuneolaw.com |
| 13 | | 7733 Forsyth Boulevard, Suite 1675 |
| 14 | | Clayton, MO 63105 |
| | | Telephone: (314) 226-1015 |
| 15 | | Facsimile: (202) 789-1813 |
| 16 | | |
| 17 | | ***CO-LEAD CLASS COUNSEL*** |
| 18 | Date:   July 19, 2019 | FAEGRE BAKER DANIELS LLP |
| 19 | | TARIFA B. LADDON |
| | | AARON D. VAN OORT |
| 20 | | |
| 21 | | By: */s/ Aaron D. Van Oort* |
| 22 | | Aaron D. Van Oort |
| 23 | | ***Attorneys for Defendant,*** |
| | | ***3M COMPANY*** |
| 24 | | |

3
JOINT STATEMENT REGARDING 3M SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE