**COAST LAW GROUP LLP**
HELEN I. ZELDES (220051)
helen@coastlaw.com
BEN TRAVIS (305641)
ben@coastlaw.com
1140 S. Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION | Case No: 8:16-cv-00262 AG (JCGx) |
| PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARRELL JOHNSON; LORI DONCHAK; | **JOINT STATEMENT INFORMING THE COURT OF SETTLMENT WITH THE TCA DEFENDANTS AND BRIC-TPS, LLC**<br><br>Date:     August 26, 2019<br>Time:    10:00 a.m.<br>Judge:   Hon. Andrew J. Guilford<br>Courtroom: 10D<br><br>Compl. Filed: October 2, 2015 |

| | |
|---|---|
| 1 | COFIROUTE USA, LLC; and DOES 3-10, inclusive, |
| 2 | |
| 3 | Defendants. |

Plaintiffs, on the one hand, and Foothill/Eastern Transportation Corridor Agency, San Joaquin Hills Transportation Corridor Agency, Michael Kraman, Craig Young, Scott Schoeffel, Ross Chun, and Rhonda Reardon (collectively the "TCA Defendants"), and BRiC-TPS, LLC ("BRiC") on the other hand, hereby notify the Court that they have reached an agreement to settle all claims against the TCA Defendants and BRiC on a classwide basis. The settlement resolves only the claims against TCA Defendants and BRiC; it does not resolve any claims against the Orange County Transportation Authority Defendants and Cofiroute USA, LLC.

Plaintiffs and the TCA Defendants have signed a written term sheet and are working to draft and execute a complete agreement and supporting documents, including settlement class notice, which require approval of the Boards for the TCA Defendants. When these projects are completed, Plaintiffs will file a motion with the Court seeking preliminary approval of the settlement and an order directing notice to be sent to the settlement class under Fed. R. Civ. P. 23(e)(1).

Because of the settlement, Plaintiffs and the TCA Defendants, respectfully request that the Court continue those portions of the hearing scheduled for August 26, 2019 concerning only TCA Defendants and BRiC. Plaintiffs also request that the hearing concerning the remaining defendants, Orange County Transportation Authority, Lori Donchak, Darrell Johnson, and Cofiroute USA, LLC, be continued so as not to interfere with the orderly and efficient resolution of pending settlements. TCA Defendants and BRiC take no position as to this request. If the hearing is not to be continued, the Court should *exclude* 3M, BRiC, and the TCA Defendants from any ruling on the pending Joint Defense Motion to Decide Key Questions (Dkt. 527)

and make it clear in any tentative and final opinion addressing the motion that the ruling does *not* apply to 3M, BRiC, and the TCA Defendants.

Counsel for the TCA Defendants, BRiC and Plaintiffs will appear at the August 26, 2019 hearing and be prepared to address the Court's questions about the settlement approval process, although we respectfully request leave to keep the settlement terms confidential until they are presented to the Court in a preliminary-approval motion.

Date: August 22, 2019

Respectfully submitted,
COAST LAW GROUP LLP
HELEN I. ZELDES (220051)

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
helen@coastlaw.com
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Telephone: (760) 942-8505
Facsimile: (760) 942-8515
***CO-LEAD CLASS COUNSEL***

Date: August 22, 2019

LINDEMANN LAW FIRM, APC
BLAKE J. LINDEMANN (255747)
By: /s/ *Blake J. Lindemann*
Blake J. Lindemann
blake@lawbl.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone:  (310) 279-5269
Facsimile:   (310) 300-0267
***CO-LEAD CLASS COUNSEL***

Date: August 22, 2019

CUNEO GILBERT & LADUCA LLP
MICHAEL J. FLANNERY (196266)

By: /s/ *Michael J. Flannery*
Michael J. Flannery
mflannery@cuneolaw.com

|   |   |   |
|---|---|---|
| | | 7733 Forsyth Boulevard, Suite 1675 |
| | | Clayton, MO 63105 |
| | | Telephone: (314) 226-1015 |
| | | Facsimile: (202) 789-1813 |
| | | ***CO-LEAD CLASS COUNSEL*** |

Date:   August 22, 2019

NOSSAMAN LLP
E. GEORGE JOSEPH
BENJAMIN Z. RUBIN
ASHLEY J. REMILLARD

By:/s/ *Benjamin Z. Rubin*
      Benjamin Z. Rubin

Attorneys for Defendants
FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; AND ROSS CHUN

Date:   August 22, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By:/s/ *Hyongsoon Kim*
      Anthony T. Pierce (Pro Hac Pending)
      Hyongsoon Kim

Attorneys for Defendants
FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; AND ROSS CHUN


| | |
|---|---|
| Date: August 22, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY<br>STEPHEN J. ERIGERO<br>TIMOTHY J. LEPORE<br><br>By:/s/ *Timothy J. Lepore*<br>      Timothy J. Lepore<br><br>Attorneys for Defendant<br>BRIC-TPS LLC |

JOINT STATEMENT REGARDING TCA DEFENDANTS' SETTLEMENT

## **SIGNATURE CERTIFICATION**

Pursuant to U.S. District Court for the Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest and certify that the content of this document is acceptable all counsel listed above, and that I have obtained said counsels' authorization to affix their electronic signature to this document.

*/s/ Blake J. Lindemann*
BLAKE J. LINDEMANN

# PROOF OF SERVICE

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210.

On August 22, 2019, I served the foregoing document as follows:

**JOINT STATEMENT INFORMING THE COURT OF SETTLMENT WITH THE TCA DEFENDANTS AND BRIC TPS, LLC**

[X] by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

[ ] by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on August 22, 2019, at Beverly Hills, California.

/s/ Blake J. Lindemann
BLAKE J. LINDEMANN