AKIN GUMP STRAUSS HAUER & FELD LLP
ANTHONY T. PIERCE
apierce@akingump.com
2001 K Street N.W.
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re Toll Roads Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

8:16-cv-00262-AG (JCGx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pierce, Anthony T.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-887-4000     202-887-4288
*Telephone Number     Fax Number*

apierce@akingump.com
*E-Mail Address*

of

**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street N.W.
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants Foothill/Eastern Transportation Corridor Agency; San Joaquin Hills Transportation Corridor Agency; Rhonda Reardon; Michael Kraman; Craig Young; Scott Schoeffel; and Ross Chun

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kim, Hyongsoon
*Designee's Name (Last Name, First Name & Middle Initial*

257019          949.885.4100          949.885.4101
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

kimh@akingump.com
*E-Mail Address*

of

**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1