UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 16-00262 AG (JCGx) | Date | September 20, 2019 |
|---|---|---|---|
| Title | IN RE TOLL ROADS LITIGATION | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**[IN CHAMBERS] ORDER REGARDING REQUEST THE COURT RELEASE ITS TENTATIVE RULING ON FIVE ISSUES (DKT. NO. 548)**

Defendants the Orange County Transportation Authority ("OCTA") and Cofiroute USA LLC ("Cofiroute") request the Court release its tentative ruling on five issues raised in Defendants' Joint Motion. (Dkt. No. 548 at 2, "Motion".) Defendants conferred with counsel for all other parties, attempting to determine what impact the release of the tentative ruling on the issues affecting OCTA and Cofiroute might have on the settlement between: (1) Plaintiffs and Defendant 3-M and (2) Plaintiffs, the TCA Defendants, and TCA's contractor BRiC. (Motion at 2.) Defendants assert that issuing the tentative ruling on the five issues would have "little to no effect" on the settlement between Plaintiffs and Defendant 3-M and the settlement between Plaintiffs, the TCA Defendants, and BRiC. (*See* Motion at 305.)

In opposition, Plaintiffs contend that "because all five issues apply equally to both the OCTA and the TCA, a ruling on any one of the overlapping issues could impact the settlement process." (Dkt. No. 551 at 2.) The Court agrees.

The Court DENIES the Motion. (Dkt. No. 548.)

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mku | |