1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
HELEN I. ZELDES (SBN 220051)
hzeldes@sshhlaw.com
BEN TRAVIS (SBN 305641)
btravis@sshhlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (760) 349-1900

Attorneys for Plaintiffs
***Co-Lead Class Counsel***

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION | Case No: 8:16-cv-00262 AG (JCGx) |
| PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL | **PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO DECIDE KEY QUESTIONS BASED ON SETTLEMENT WITH TCA DEFENDANTS, 3M COMPANY, AND BRIC-TPS, LLC**<br><br>Date:        October 28, 2019<br>Time:        10:00 a.m.<br>Judge:        Hon. Andrew J. Guilford<br>Courtroom: 10D<br><br>Compl. Filed: October 2, 2015 |

PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO
DECIDE KEY QUESTIONS

KRAMAN; CRAIG YOUNG; SCOTT
SCHOEFFEL; ROSS CHUN; DARRELL
JOHNSON; LORI DONCHAK;
COFIROUTE USA, LLC; and DOES 3-10,
inclusive,

        Defendants.

Plaintiffs and the TCA Defendants have made progress on settlement, but Plaintiffs seek an additional sixty days to complete the settlement process. The Parties require additional time to work through issues in the long form settlement agreement and notice plan and prepare them for presentment to the Court for preliminary approval. Plaintiffs thus request a further continuance of the October 28th hearing on Defendants' "Motion To Decide Key Questions," to advance the orderly effectuation of the settlement with Foothill/Eastern Transportation Corridor Agency, San Joaquin Hills Transportation Corridor Agency, Michael Kraman, Craig Young, Scott Schoeffel, Ross Chun, and Rhonda Reardon (collectively the "TCA Defendants"), BRiC-TPS, LLC ("BRiC"), and 3M Company ("3M"). The TCA Defendants do not take a position on the request for a continuance.

The requested continuance would allow for execution of the long form settlement agreement before the Court rules on the merits of claims that apply to the settling Defendants. In contrast, proceeding with the hearing - and issuing a tentative ruling on the merits - risks altering the landscape in a way that could disrupt the settlement resolution process.

The OCTA Defendants and Cofiroute would not be prejudiced by a continuance. To the contrary, continuing the hearing an additional 60 days does not impact any parties' rights, and thereby would avoid any disruption to the orderly

PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO
DECIDE KEY QUESTIONS

settlement process affecting a substantial portion of the litigation, and is reasonable in the context of a case pending for over four years.

Notably, the "Motion to Decide Key Questions" ("Motion") was originally filed on behalf of all five Defendants, three of whom are in the process of finalizing settlements with Plaintiffs.  The original Motion is intertwined with specific issues pertaining to three of the settling parties who are no longer active defendants in this action.  To that end, it would be more efficient, as an alternative to continuing the hearing, for this Court to require the OCTA Defendants and Cofiroute to file a renewed Motion for Summary Judgment which would expeditiously bring this case to trial on all disputed issues of fact related only to the OCTA and Cofiroute.

Respectfully submitted,

Date: October 21, 2019

**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
HELEN I. ZELDES (220051)

By: /s/ *Helen I. Zeldes*
HELEN I. ZELDES
hzeldes@sshhlaw.com
BEN TRAVIS (SBN 305641)
btravis@sshhlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (760) 349-1900

Attorneys for Plaintiffs
***CO-LEAD CLASS COUNSEL***

PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO DECIDE KEY QUESTIONS

Date: October 21, 2019

LINDEMANN LAW FIRM, APC
BLAKE J. LINDEMANN (255747)

By: /s/ *Blake J. Lindemann*
Blake J. Lindemann
blake@lawbl.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone:  (310) 279-5269
Facsimile:   (310) 300-0267
***CO-LEAD CLASS COUNSEL***

Date: October 21, 2019

CUNEO GILBERT & LADUCA LLP
MICHAEL J. FLANNERY (196266)

By: /s/ *Michael J. Flannery*
Michael J. Flannery
mflannery@cuneolaw.com
7733 Forsyth Boulevard, Suite 1675
Clayton, MO 63105
Telephone: (314) 226-1015
Facsimile: (202) 789-1813
***CO-LEAD CLASS COUNSEL***

PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO
DECIDE KEY QUESTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to U.S. District Court for the Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest and certify that the content of this document is acceptable all counsel listed above, and that I have obtained said counsels' authorization to affix their electronic signature to this document.

*/s/ Helen I. Zeldes*
HELEN I. ZELDES

PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO DECIDE KEY QUESTIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210.

On October 21, 2019, I served the foregoing document as follows:

**PLAINTIFFS' *CORRECTED* REQUEST TO CONTINUE HEARING ON MOTION TO DECIDE KEY QUESTIONS BASED ON SETTLEMENT WITH TCA DEFENDANTS, 3M COMPANY, AND BRIC-TPS, LLC**

[X] by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

[ ] by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on October 21, 2019, at Encinitas, California.

*/s/ Helen I. Zeldes*
HELEN I. ZELDES