# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 16-00262-AG (JCGx) | Date | October 22, 2019 |
|---|---|---|---|
| Title | In Re: Toll Roads Litigation | | |

**PRESENT:**

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                               None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUESTS TO CONTINUE ON MOTION TO DECIDE KEY QUESTIONS [558][559]**

The Court is in receipt of Plaintiff's Requests to Continue on Motion to Decide Key Questions [558][559]. For the reasons stated in the requests the Court GRANTS the requests.

The hearing on Defendant's Motion for Order to Decide Key Questions and Certify them for Appeal [520] is hereby CONTINUED from October 28, 2019 at 10:00 a.m. to **January 6, 2020 at 10:00 a.m.**

                                                                         _____  :  _____

                                                 Initials of Deputy Clerk    mku

cc: