Hon. Andrew Guilford, Ret.
1851 E. First St. Suite 1600
Santa Ana, CA 92705
(714) 834-1340

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION <br><br> PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; AND JAMES WATKINS ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> FOOTHILL/EASTERN TRANSPORTAION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRIC-TPS, LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARRELL JOHNSON; LORI DONCHAK; COFIROUTE USA, LLC, <br><br> Defendants. | Case No.: 8:16 – cv – 00262 – ODW (JCGx) <br><br> PROPOSED PLAN OF COMPENSATION FOR THE SPECIAL MASTER |

The proposed Special Master Andrew J. Guilford submits to the Court the following plan for compensation.

The Special Master will charge no more than $1,200 an hour for his time. The Special Master intends to use input from an experienced research attorney at Judicate West in performing tasks such as document review and legal research. Any potential assisting attorney will be disclosed to the parties for consideration before performing any work on the case. Such professionals will be billed at no more than $300 per hour.

Dated: August 3, 2020

*/s/ Andrew J. Guilford*
Hon. Andrew Guilford, Ret.

PROPOSED PLAN OF COMPENSATION FOR THE SPECIAL MASTER