**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990
Facsimile: (310) 399-7040

*Co-Lead Class Counsel*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION <br><br> ——————————————— <br><br> PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on behalf of themselves and all others similarly situated, <br><br>        Plaintiffs, <br>   vs. <br> FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARRELL JOHNSON; LORI DONCHAK; COFIROUTE USA, LLC; and DOES 3-10; inclusive, <br><br>        Defendants. | Case No: 8:16-cv-00262-ODW(ADSx) <br><br> Hon. Otis D. Wright II <br><br> **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:   December 10, 2020 <br> Time:   10:30 a.m. <br> Location: Judicate West <br>             55 Park Plaza Suite 400 <br>             Irvine, CA 92614 <br><br> Special Master: Hon. Andrew J. Guilford (ret.) <br><br> [Filed Concurrently with Memorandum, Declarations and Proposed Order] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 10, 2020, at 10:30 a.m.**, or as soon thereafter as the matter may be heard, at Judicate West located at 55 Park Plaza Suite 400, Irvine, CA 92614 before the Honorable Andrew J. Guilford (ret.), Plaintiffs will and hereby do move for an order granting preliminary approval of two Settlements. One between Plaintiffs and Defendants Foothill/Eastern Transportation Corridor Agency, San Joaquin Hills Transportation Corridor Agency, Michael Kraman, Craig Young, Scott Schoeffel, Ross Chun, Rhonda Reardon (collectively "TCA") and BRiC-TPS, LLC ("BRiC"). The second settlement between Plaintiffs and 3M Company ("3M"). **Please take notice that the hearing will be held remotely via Zoom.**

This notice and motion is made pursuant to Federal Rule of Civil Procedure 23(e) and on the grounds that the proposed Settlements are fair, reasonable and adequate and in the best interests of the class. The motion is unopposed by Defendants TCA, BriC and 3M, who are parties to the proposed Settlements.

This motion is based upon this notice and motion; the Memorandum of Points and Authorities submitted herewith; the attached Declarations of Helen I. Zeldes and Cameron R. Azari and attached exhibits thereto; the other records and pleadings filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

Date: November 4, 2020

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
HELEN I. ZELDES (220051)


By: /s/ *Helen I. Zeldes*
      Helen I. Zeldes

hzeldes@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990
Facsimile: (310) 399-7040

***CO-LEAD CLASS COUNSEL***

| | | |
|---|---|---|
| Date: | November 4, 2020 | LINDEMANN LAW FIRM, APC<br>BLAKE J. LINDEMANN (255747) |

By: /s/ *Blake J. Lindemann*
      Blake J. Lindemann

blake@lawbl.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: 310-279-5269
Facsimile: 310-300-0267

***CO-LEAD CLASS COUNSEL***

| | | |
|---|---|---|
| Date: | November 4, 2020 | CUNEO GILBERT & LADUCA LLP<br>MICHAEL J. FLANNERY (196266) |

By: /s/ *Michael J. Flannery*
      Michael J. Flannery

mflannery@cuneolaw.com
500 North Broadway, Suite 1450
St. Louis, MO 63102
Telephone: (314) 226-1015
Facsimile: (202) 789-1813

***CO-LEAD CLASS COUNSEL***

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the above-listed filing attorney certifies that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Date:   November 4, 2020

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
HELEN I. ZELDES  (220051)


By: /s/ *Helen I. Zeldes*
        Helen I. Zeldes

***CO-LEAD CLASS COUNSEL***