O

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE: TOLL ROADS LITIGATION<br>PENNY DAVIDI BORSUK; DAVID COULTER; EBRAHIM E. MAHDA; TODD QUARLES; TODD CARPENTER; LORI MYERS; DAN GOLKA; and JAMES WATKINS on Behalf of Themselves and All Others Similarly Situated,<br>                Plaintiffs,<br>v.<br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY; SAN JOAQUIN HILLS TRANSPORTATION CORRIDOR AGENCY; ORANGE COUNTY TRANSPORTATION AUTHORITY; 3M COMPANY; BRiC-TPS LLC; RHONDA REARDON; MICHAEL KRAMAN; CRAIG YOUNG; SCOTT SCHOEFFEL; ROSS CHUN; DARREL JOHNSON; LORI DONCHAK; COFIROUTE USA, LLC; and DOES 3–10 inclusive,<br>                Defendants. | Case No. 8:16-CV-00262-ODW (JCGx)<br><br>**ORDER ADOPTING SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS [590] [596]** |

Eight Plaintiffs initiated this putative class action against Defendants challenging the operation of several toll roads in Southern California. This Court appointed the Honorable Andrew J. Guilford, Ret., as Special Master to consider and recommend:

> [W]hether to approve, on preliminary and final bases, all proposed class settlements reached in this case, the notice plan[,] including the proposed notice of the proposed settlements to be disseminated to members of the settlement class, and any administrative fees, attorneys' fees and costs, and service awards pursuant to Federal Rule of Civil Procedure 23.

(Order Appointing Special Master, ECF No. 582.)

Presently before the Court are two Special Master's Reports and Recommendations to grant Plaintiffs' Motions for Preliminary Approval of three class settlements. (TCA Mot. for Prelim. Approval ("TCA Mot."), ECF No. 585; TCA Special Master R & R ("TCA R&R"), ECF No. 590; OCTA Mot. for Prelim. Approval ("OCTA Mot."), ECF No. 594; OCTA Special Master R&R ("OCTA R&R"), ECF No. 596.) No objections were filed. The Court has considered the Reports and Recommendations and finds the reports well-reasoned and thorough. Accordingly, the Court **ADOPTS** the findings and recommendations in full. (ECF Nos. 590, 596.)

**IT IS SO ORDERED.**

May 17, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**