1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| In re TOLL ROADS LITIGATION | Case No: 8:16-cv-00262 ODW (ADSx) |
| | District Court Judge: Otis D. Wright II |
| | Magistrate Judge: Autumn D. Spaeth |
| PENNY DAVIDI BORSUK, et al., | |
| Plaintiffs, | **ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION, AND GRANTING STIPULATION REQUESTING APPROVAL OF PAYMENT TO OBJECTOR PURSUANT TO FRCP RULE 23(e)(5)(B) [616]** |
| vs. | |
| FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, et al., | |
| Defendants. | Date: January 4, 2022<br>Time: 10:00 a.m.<br>Location: Judicate West<br>(Via Zoom) |
| | **(Referred to Special Master: Hon. Andrew J. Guilford (ret.))** |

**ORDER**

The Court having considered the stipulated request, pursuant to FRCP Rule 23(e)(5)(B), for a payment in the amount of $55,772.55 (lodestar: $53,821.25; costs: $1,951.30) to Objector David Coulter's counsel, Julian Brew, pursuant to the terms and conditions of the Agreement attached to the Stipulation, and having considered the Report and Recommendation issued by Magistrate Andrew J. Guilford (ret.), the Stipulation and all relief requested therein is hereby GRANTED.

**IT IS SO ORDERED.**

Date:  December 28, 2021

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1

ORDER ADOPTING SPECIAL MASTER'S R&R AND GRANTING STIPULATION REQUESTING APPROVAL OF PAYMENT TO OBJECTOR PURSUANT TO FRCP RULE 23(e)(5)(B)