1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

In re TOLL ROADS LITIGATION

Case No: 8:16-cv-00262-ODW(ADSx)

PENNY DAVIDI BORSUK, *et al.*,

Plaintiffs,

vs.

FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, *et al.*,

Defendants.

**ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION [620]**

Eight Plaintiffs initiated this putative class action against Defendants challenging the operation of several toll roads in Southern California. This Court appointed the Honorable Andrew J. Guilford, Ret., as Special Master to consider and recommend:

> [W]hether to approve, on preliminary and final bases, all proposed class settlements reached in this case, the notice plan[,] including the proposed notice of the proposed settlements to be disseminated to members of the settlement class, and any administrative fees, attorneys' fees and costs, and service awards pursuant to Federal Rule of Civil Procedure 23.

(Order Appointing Special Master, ECF No. 582.)

Presently before the Court is the Special Master's Report and Recommendation to grant Plaintiffs' Motion for Final Approval of Three Class Action Settlements (ECF No. 614) and Plaintiffs' Motion For Attorneys' Fees, Costs, and Service Awards (ECF No. 611.) No objections were filed. The Court has considered the Report and Recommendation and finds the report well-reasoned and thorough. Accordingly, the Court **ADOPTS** the findings and recommendations in full. (ECF No. 620.)

**IT IS SO ORDERED.**

January 14, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**