1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
# ℭ𝔢𝔫𝔱𝔯𝔞𝔩 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞

In re TOLL ROADS LITIGATION
_____

PENNY DAVIDI BORSUK, *et al.*,

        Plaintiffs,

    vs.

FOOTHILL/EASTERN
TRANSPORTATION CORRIDOR
AGENCY, *et al.*,


      Defendants.

Case No:  8:16-cv-00262-ODW(ADSx)

Hon. Otis D. Wright II

**[~~XXXXXXXX~~][PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS** [624]

Date:  January 4, 2022
Time:  10:00 AM
Location:  Judicate West
          1851 East First Street
          Suite 1600
          Santa Ana, CA 92705

(**<u>Referred to Special Master: Hon. Andrew J. Guilford (ret.)</u>**)

### ORDER GRANTING FINAL APPROVAL

On August 27, 2020, Plaintiffs and Defendants Foothill/Eastern Transportation Corridor Agency, San Joaquin Hills Transportation Corridor Agency, Michael Kraman, Craig Young, Scott Schoeffel, Ross Chun, Rhonda Reardon and BRiC-TPS, LLC (collectively "TCA") entered into a Settlement Agreement and Release ("TCA Agreement"), after two arm's-length mediations, one with the assistance of mediator Robert Kaplan, and the second with mediator Rachel Ehrlich, Esq.[1] Also on August 27, 2020, Plaintiffs and Defendant 3M Company ("3M") entered into a Settlement Agreement and Release ("3M Agreement"), after two arm's-length mediations with the assistance of mediator Robert Kaplan, Esq. Collectively, the TCA Agreement and the 3M Agreement will be referred to as the Agreements, and the settlements reached in those Agreements will be referred to as the Settlements.

On May 17, 2021 this Court granted Preliminary Approval of the Agreements and ordered that Notice be sent to the TCA Settlement Class and the 3M Settlement Class (together, the "Settlement Classes").

On January 4, 2022, this matter came before the Special Master Andrew J. Guilford (ret.). Special Master Guilford issued a Report and Recommendation recommending granting the Motion for Final Approval. After reviewing  (a) the motion and the supporting papers, including, the Agreements; (b) any objections filed with or presented to the Court; (c) the parties' responses to any objections; and (d) Special Master Guilford's Report and Recommendation, the Court finds good cause to grant the motion.

//

---

[1] Unless otherwise defined, all terms used herein have the same meanings as set forth in the Agreements.  All capitalized terms used in defining the 3M settlement class have the same meaning set forth in the 3M Agreement.  All capitalized terms used in defining the TCA settlement class have the same meaning set forth in the TCA Agreement.

**FINDINGS:**

1.     Upon review of the record, the Court hereby finds that the Settlements are, in all respects, fair, adequate, and reasonable  The Court has come to this determination pursuant to the factors outlined in Federal Rules of Civil Procedure ("Rule") 23(e)(2).  Among other matters considered, the Court took into account: (a) the complexity of Plaintiffs' theory of liability; (b) the arguments raised by Defendants in their pleadings that could potentially preclude or reduce the recovery by class members; (c) delays in any award to the Classes that would occur due to further litigation and appellate proceedings; (d) the amount of discovery that has occurred; (e) the relief provided to the respective Settlement Classes; (f) the recommendation of the Settlements by counsel for the Parties; and (g) the low number of objectors to the Settlements, demonstrating that the Classes have a positive reaction to the Settlements.

2.     The Court finds that the respective class members have been adequately represented by the respective Class Representatives and Class Counsel.

3.     The Court also finds that extensive arm's-length negotiations have taken place, in good faith, between Class Counsel and Defendants' Counsel resulting in the Settlements.  These negotiations were presided over by the experienced mediators Robert Kaplan, Esq and Rachel Ehrlich, Esq.

4.     The Settlements provide substantial and adequate value to the Classes.

5.     The Class Administrator provided notice to members of the Settlement Classes in compliance with the Agreements, due process, and Rule 23.  The notice: (i) fully and accurately informed class members about the lawsuit and settlements; (ii) provided sufficient information so that class members were able to decide whether to accept the benefits offered, opt-out and pursue their own remedies, or object to the proposed settlements; (iii) provided procedures for class members to file written objections to the proposed settlements, to appear at the hearing, and to state objections to the proposed settlements; and (iv) provided the time, date, and place of the final

fairness hearing.  The Court finds that the Notice provided to the Classes pursuant to the Settlement Agreements and the Preliminary Approval Order and consisting of individual direct postcard and email notice, publication notice, settlement website, and CAFA notice has been successful and (i) constituted the best practicable notice under the circumstances; (ii) constituted notice that was reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the Action, their right to object to the Settlements or exclude themselves from the Classes, and to appear at the Final Approval Hearing; (iii) was reasonable and constituted due, adequate, and sufficient notice to all persons entitled to receive notice; and (iv) otherwise met all applicable requirements of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the rules of the Court.

6. The Court finds that the appropriate government officials were properly and timely notified of the Settlement Agreements, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715. The Court has reviewed the substance of this notice and finds that it complied with all applicable requirements of CAFA. As required by CAFA, more than ninety (90) days have elapsed between the date since notice was provided pursuant to CAFA and the Final Approval Hearing.

7. The Parties adequately performed their obligations under the Agreements.

8. The persons on the list attached hereto as Exhibit A have each submitted a timely request for exclusion and are hereby excluded from the Class(es) from which they excluded themselves.

9. For the reasons stated in the Preliminary Approval Order, and having found nothing in any submitted objections that would disturb these previous findings, this Court finds and determines that the proposed Settlement Classes, as defined below, meet all of the legal requirements for class certification for settlement purposes under Rule 23(a) and (b)(3).

//

**IT IS ORDERED THAT:**

1.      The Settlement Agreements are hereby finally approved in all respects, and the Parties are hereby directed to implement the Settlement Agreements according to their terms and provisions.

2.      The Court has personal jurisdiction over the parties to this Action and the Class Members, venue is proper, and the Court has subject matter jurisdiction to approve the Settlement Agreements, including all exhibits thereto, and to enter this Order.

3.      <u>3M Settlement Class</u>.  The 3M Settlement Class is  defined as:

All individuals whose PII was provided by 3M or TCA to any other individual or entity from  April 13, 2015 to June 30, 2015, including:

- Any person with a transponder account with a Toll Agency whose PII was sent by 3M or TCA from April 13, 2015 to June 30, 2015 to another Toll Agency (interoperability transmissions);

- Any person who used any of the TCA Toll Roads whose PII was sent by 3M or TCA to a third party from April 13, 2015 to June 30, 2015 in connection with efforts to collect tolls or penalties (collection transmissions); and

- Any person whose PII was sent by 3M or TCA to a third party from April 13, 2015 to June 30, 2015 for any reason other than those listed above (other transmissions).

Excluded from the 3M Settlement Class are: (1) employees of 3M, including their current and former directors, officers and counsel; (2) any entity that has a controlling interest in Defendant; (3) Defendant's affiliates and subsidiaries; and (4) the judge to whom this case is or was assigned, any member of the judge's immediate family, and any member of the judge's staff.

4.      <u>TCA Settlement Class</u>.  The TCA Settlement Class is  defined as:

All individuals whose PII was provided by TCA or 3M to any other individual

or entity between April 13, 2015 and June 16, 2021.  The Settlement Class consists of:

- Any person with a transponder account with TCA or a Non-Party Toll Agency whose PII was sent by TCA or 3M Company to a Non-Party Toll Agency between April 13, 2015 and June 16, 2021 (interoperability transmissions);

- Any person who used any of the TCA Toll Roads whose PII was sent by TCA or 3M to a third party between April 13, 2015 and June 16, 2021 in connection with efforts to collect tolls and/or penalties (collection/enforcement transmissions); and

- Any person whose PII was sent by TCA or 3M to a third party between April 13, 2015 and June 16, 2021 for any reason other than those listed above (communications transmissions).

Excluded from the TCA Settlement Class are: (1) employees of TCA, including their current and former directors, officers and counsel; (2) any entity that has a controlling interest in TCA; (3) TCA's affiliates and subsidiaries; and (4) the judge to whom this case is or was assigned, any member of the judge's immediate family, and any member of the judge's staff.

5. <u>Binding Effect of Order</u>.  This Order applies to all claims or causes of action settled under the Agreements, and binds all members of the Settlement Classes, including those who did not properly request exclusion.  Except for Paragraph 6 below, this Order does not bind persons who filed timely Requests for Exclusion as to each Settlement that they were excluded from.  Attached as Exhibit A is a list of persons who properly requested to be excluded from each Settlement.

6. In accordance with both the Court's general authority to protect its jurisdiction and the All Writs Act (<u>28 USC § 1651</u>), the Court hereby permanently enjoins each and every member of each of the Settlement Classes from filing or pursuing any claim or litigation against any of the persons and/or entities listed

below in 6 (a)-(d), asserting that compliance with the obligations imposed by this Order, the Preliminary Approval Order, or either of the Agreements violates California Streets & Highways Code section 31490 or any other federal, state or local constitution, statute, rule, regulation or policy purporting to limit the disclosure of personally identifiable information:

        a.      Any and all Released Parties (as defined in Section 2.26 of the TCA Agreement);

        b.      Any and all Released Parties (as defined in Section 2.26 of the 3M Agreement);

        c.      OCTA and Cofiroute, together with their respective officers, agents, employees and attorneys;

        d.      Any other person or entity who provided information to the Class Administrator pursuant to the Preliminary Approval Order, together with their respective officers, agents, employees and attorneys.

        7.    Release.  Plaintiffs and all members of each Settlement Class who did not properly request exclusion are: (1) deemed to have released and discharged all Released Parties from all Released Claims as defined by the respective Agreements of the Settlement Classes of which they are members; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims.  The full terms of the releases described in this paragraph are set forth in Section 14 of the 3M Settlement Agreement and Section 15 of the TCA Settlement Agreement and as modified by the Agreements subsequently filed with the Court on 12/30/20, Dkt. #591-1 are specifically incorporated herein by this reference.

        8.    3M Class Relief.  3M, through the Class Administrator, shall issue a Cash Award to each member of the 3M Settlement Class who submitted claims deemed timely as stated in the 3M Settlement Agreement.

        9.    TCA Class Relief.  TCA, through the Class Administrator, shall issue a Cash Award to each Cash Distribution Class Member who submitted claims deemed

timely, and shall also provide penalty forgiveness to those eligible for such relief, as stated and pursuant to the schedule provided in the TCA Settlement Agreement.

10.     Neither the Agreements or any of their terms or provisions, nor any of the negotiations or proceedings connected with the Settlements, whether or not consummated, shall be construed as an admission or concession of any kind by any of the Parties.  Neither the Agreements or any of their terms or provisions, nor any of the negotiations or proceedings connected with the Settlements, may be offered against any of the Parties as evidence of, or construed as or deemed to be evidence of, any presumption, concession or admission by any of the Parties regarding any issue whatsoever including: (i) whether it was appropriate for class certification; (ii) the validity of any allegation or claim that was, could have been or will be asserted against any of the Defendants; (iii) liability, negligence, fault, or wrongdoing of any kind; and (iv) the existence or scope of any damages.

11.     <u>Injunctive Relief</u>.  The TCA shall make the following changes to its business practices for a minimum of five (5) years following the Effective Date of the TCA Settlement:

a.     <u>Increase Time to Pay Tolls from 5 to 7 Days</u>.  The TCA shall not assess penalties for any person who pays their toll within seven days of using State Route 73, 133, 241, or 261. TCA shall not be required to further change its road signage or any other published information, but shall instead apply a two-day grace period beyond the advertised five days to pay.

b.     <u>Update to Privacy Policies</u>.  Within thirty (30) days after the Effective Date, TCA shall update its privacy policy in the FastTrak account agreement and its website to include a list of the categories of PII sent to any third party, including but not limited to CTOC entities, and a separate list of the categories of PII TCA receives from other Non-Party Toll Agencies.

c.     <u>Re-Set of Opt-in Status for Communications by TCA</u>. The Court authorizes the Foothill/Eastern Transportation Corridor Agency and San Joaquin Hills

Transportation Corridor Agency each to send, following the Effective Date of the TCA Agreement: (i) a single email to all account holders notifying them that they have been opted out and asking them to select their communications preferences in their online account; and (ii) a statement to be included in any other communications that would otherwise be sent to TCA customers advising them to update their communications preferences and/or containing a link to a website that allows TCA customers to update their communications preferences.

        d.   <u>FTB Transmissions</u>. When TCA sends PII to the Franchise Tax Board ("FTB") for the purpose of placing a tax intercept, TCA shall send only the PII that the FTB requires to place such tax intercept. For purposes of this Order and settlement purposes, it is understood that the FTB requires TCA to send an individual's social security number in order to place a tax intercept on such individual.

        e.   <u>Rental Car Transmissions</u>. When TCA transmits PII to a rental car company as a result of a rental car traveling on State Route 73, 133, 241, or 261 and failing to pay a toll associated with travel on such Route, TCA shall transmit only such PII as is contained in the toll violation notice resulting from the aforementioned failure to pay a toll.

        f.   <u>Skip Tracers</u>. TCA shall use skip tracers only in instances where (i) mail is returned to TCA as undeliverable, or (ii) TCA requires the use of skip tracers to obtain information that the FTB requires to place a tax intercept. Notwithstanding the foregoing, if legislation is enacted that provides for the use of skip tracers in additional instances, TCA shall also be permitted to use skip tracers in those additional instances.

        g.   <u>DMV Registration Holds</u>. When TCA sends PII to the California Department of Motor Vehicles ("DMV") for the purpose of causing the DMV to place a DMV registration hold, TCA shall only send the PII that the DMV requires to place a DMV registration hold.

12. <u>Administrator Costs.</u> Notice and Administration Costs of up to $3,254,366.60 shall be paid out of the TCA Settlement Fund and up to $448,869.45 shall be paid out of the 3M Settlement Fund, according to the terms of the Settlement Agreements, to the Class Administrator, Epiq Class Action and Claims Solutions, Inc.

13. <u>Dismissal with Prejudice</u>. The Court dismisses with prejudice all claims of the members of the Settlement Classes asserted in this Action.

14. <u>Court's Jurisdiction</u>. Without affecting the finality of this Order or the Judgment in any way, pursuant to the Parties' request, the Special Master and Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, consummation, and enforcement of the Agreements and this Order and judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

February 11, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

# Attachment 1



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|---|---|---|---|---|---|
| 1 | AARON | R | GILLIAM | ✓ | ✓ |
| 2 | AARON | | MERNICK | ✓ | ✓ |
| 3 | ABRAHAM | | VILLA | ✓ | ✓ |
| 4 | ADRIAN | A | RAMOS | ✓ | ✓ |
| 5 | ADRIANE | DONNA | GEGGIE | ✓ | ✓ |
| 6 | ALBERT | A | GONZALES | ✓ | ✓ |
| 7 | ALESSANDRO | | ASSANTI | ✓ | ✓ |
| 8 | ALEXANDER | | BAKHTIARI | ✓ | ✓ |
| 9 | ALEXANDER | | MORALES | ✓ | ✓ |
| 10 | ALI | | MAKVANDI | ✓ | ✓ |
| 11 | ALICE | | NEE | ✓ | ✓ |
| 12 | ALLAN | LEE | DOLLISON | ✓ | ✓ |
| 13 | AMADOU | | KANTE | ✓ | ✓ |
| 14 | ANDREA | NICOLE | PETRUZZIELLO | ✓ | ✓ |
| 15 | ANDRES | | OSORIO | ✓ | ✓ |
| 16 | ANDREW | | GERRY | ✓ | ✓ |
| 17 | ANDREW | | MARTIN | ✓ | ✓ |
| 18 | ANDREW | | REYES | ✓ | ✓ |
| 19 | ANDREW | C | SMITH | ✓ | ✓ |
| 20 | ANDY | | MONTIEL | ✓ | ✓ |
| 21 | ANGEL | | RODRIGUEZ | ✓ | ✓ |
| 22 | ANNE | | EDRISI | ✓ | ✓ |
| 23 | ANNETTE | K | CORRAO | ✓ | ✓ |
| 24 | ANNIE | | GILL | ✓ | ✓ |
| 25 | ANTHONY | J | GLASIER | ✓ | ✓ |
| 26 | ANTHONY | | LUONG | ✓ | ✓ |
| 27 | ANTHONY | | MANZO | ✓ | ✓ |
| 28 | ANTHONY | | MOUMJIAN | ✓ | ✓ |
| 29 | ANTHONY | | RAMIREZ | ✓ | ✓ |
| 30 | ANTONIOS | | GAMILIS | ✓ | |
| 31 | ANWAR | | GREER | ✓ | ✓ |
| 32 | AQEEL | | ABBAS | ✓ | ✓ |
| 33 | ARA | | HAROUTOUNIAN | ✓ | ✓ |
| 34 | ARANG | | ABEDINZADEH | ✓ | ✓ |
| 35 | ARMANDO | | MORALES | ✓ | ✓ |
| 36 | ARMANDO | | SANCHEZ | ✓ | ✓ |
| 37 | ARNE | | LINDER | ✓ | ✓ |
| 38 | ASHANTE | JAZLYN | ROBINSON | ✓ | ✓ |
| 39 | LEE | | AUGARTON | ✓ | ✓ |
| 40 | AUSTIN | | ROMERO | ✓ | ✓ |
| 41 | BAGUS | ANAK AGUNG | GEDE | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 42 | BAHRAM | M | TOUSKI | ✓ | ✓ |
| 43 | BARBARA | | PATINO | ✓ | ✓ |
| 44 | BARBARA | | ROPELATO | ✓ | ✓ |
| 45 | BENJAMIN | ALAN | GOLDBERG | ✓ | ✓ |
| 46 | BENYAMIN | Y | YACOUB | ✓ | ✓ |
| 47 | BETH | A | SMITH | ✓ | ✓ |
| 48 | BINH | | DINH | ✓ | ✓ |
| 49 | BINH | | VU | ✓ | ✓ |
| 50 | BLAKE | A | ROSEBERRY | ✓ | ✓ |
| 51 | BOBBI | | CARROLL | ✓ | ✓ |
| 52 | BRADLY | | GRUNBAUM | ✓ | ✓ |
| 53 | BRANDEN | | FULLNER | ✓ | ✓ |
| 54 | BRANDON | MATHEW | BISHOP | ✓ | ✓ |
| 55 | BRANDON | | PAIZ | ✓ | ✓ |
| 56 | BRANDON | | PHILLIPS | ✓ | ✓ |
| 57 | BRANDON | A | TROSTLE | ✓ | ✓ |
| 58 | BRENT | JAMES | JESSEE | ✓ | ✓ |
| 59 | BRIAN | P | HARDIMAN | ✓ | ✓ |
| 60 | BRIAN | | HAYES | ✓ | ✓ |
| 61 | BRIAN | | SKELTON | ✓ | ✓ |
| 62 | BRIAN | | TURNER | ✓ | ✓ |
| 63 | BRIANNA | | RAMOS-VILLAGOMEZ | ✓ | ✓ |
| 64 | BRODIE | R | MARSHALL | ✓ | ✓ |
| 65 | BRUCE | C | HUNTER | ✓ | ✓ |
| 66 | BRUNO | | BALDERRAMA | ✓ | ✓ |
| 67 | BRYAN | ROBERT | BELL | ✓ | ✓ |
| 68 | BRYAN | DAVID | BROERMAN | ✓ | ✓ |
| 69 | BRYAN | | HENDRY | ✓ | ✓ |
| 70 | BRYAN | W | THOMPSON | ✓ | ✓ |
| 71 | CAREN | | WOLF | ✓ | ✓ |
| 72 | CARL | | BALZANTI | ✓ | ✓ |
| 73 | CARLA | MARIE | YORBA | ✓ | ✓ |
| 74 | CARLOS | | HERRERA-GUTIERREZ | ✓ | ✓ |
| 75 | CAROL | | BARRY | ✓ | ✓ |
| 76 | CECELIA | A | LAHR | ✓ | ✓ |
| 77 | CHAD | | CHESEBRO | ✓ | ✓ |
| 78 | CHARLES | | CONTRERAS | ✓ | ✓ |
| 79 | CHARLES | VAN | NGUYEN | ✓ | ✓ |
| 80 | CHARLES | A | PENNELL | ✓ | ✓ |
| 81 | CHARLES | | REYNOLDS | ✓ | ✓ |
| 82 | CHARLES | | TRIEU | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 83 | CHEN | | GUOHUI | ✓ | ✓ |
| 84 | CHERYL | | BOKANO | ✓ | ✓ |
| 85 | CHRISTIAN | | ANDERSON | ✓ | ✓ |
| 86 | CHRISTIAN | | YASSA | ✓ | ✓ |
| 87 | CHRISTINE | | WHITE | ✓ | ✓ |
| 88 | CHRISTOPHER | | BISSONNETTE | ✓ | ✓ |
| 89 | CHRISTOPHER | | MANASSERO | ✓ | ✓ |
| 90 | CHRISTOPHER | M | MAZZUCKIS | ✓ | ✓ |
| 91 | CHRISTOPHER | H | RUSH | ✓ | ✓ |
| 92 | CINDY | | ANDERSON | ✓ | ✓ |
| 93 | CODY | | LINDSAY | ✓ | ✓ |
| 94 | CONALLEE | | MOSS | ✓ | ✓ |
| 95 | CONRADO | A | PORTNOY | ✓ | ✓ |
| 96 | CONSTANCE | P | HENES | ✓ | ✓ |
| 97 | CRISTIAN | GERARDO | ROJAS | ✓ | ✓ |
| 98 | DALILA | | ORTEGA | ✓ | ✓ |
| 99 | DAN | | DUMITRU | ✓ | ✓ |
| 100 | DANA | ANDREW | KEIR | ✓ | ✓ |
| 101 | DANIEL | ALFONSO | EGER | ✓ | ✓ |
| 102 | DANIEL | E | GARCIA | ✓ | ✓ |
| 103 | DANIEL | R | RAMIREZ | ✓ | ✓ |
| 104 | DANIEL | M | RESENDIZ | ✓ | ✓ |
| 105 | DANIEL | GUINN | SHAY | ✓ | ✓ |
| 106 | DAVID | | ENGELBERT | ✓ | ✓ |
| 107 | DAVID | JAMES | FULLER | ✓ | ✓ |
| 108 | DAVID | | GINSBERG | ✓ | ✓ |
| 109 | DAVID | | GOMEZ | ✓ | ✓ |
| 110 | DAVID | | KANOY | ✓ | ✓ |
| 111 | DAVID | C | KAUFFMAN | ✓ | ✓ |
| 112 | DAVID | | NEIDHARDT III | ✓ | ✓ |
| 113 | DAVID | B | PODESTA | ✓ | ✓ |
| 114 | DAVID | | SANCHEZ | ✓ | ✓ |
| 115 | DAWN | M | KEITH | ✓ | ✓ |
| 116 | DEANA | URIAH | MOLLÉ | ✓ | ✓ |
| 117 | DEBORA | R | FERREIRA | ✓ | |
| 118 | DEBORAH | ANN | KURILCHYK | ✓ | ✓ |
| 119 | DEBORAH | | LAMB | ✓ | ✓ |
| 120 | DEBRA | E | SUZUKI | ✓ | ✓ |
| 121 | DIANA | D | ALLEN | ✓ | ✓ |
| 122 | DIANA | | PROFANT | ✓ | ✓ |
| 123 | DIANE | M | SUPPLE | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 124 | DIBA | | KAZERANI | ✓ | ✓ |
| 125 | DIMETRIO | | GONZALEZ | ✓ | ✓ |
| 126 | DOMINIQUE | | GALLARDO | ✓ | ✓ |
| 127 | DONNA | | BRINKMAN | ✓ | |
| 128 | DONNY | | FRANCO | ✓ | ✓ |
| 129 | DYLAN | R | CUTILLO | ✓ | ✓ |
| 130 | DYLAN | STEVEN | YOUNG | ✓ | ✓ |
| 131 | EARTH | MECHANICS | INC | ✓ | |
| 132 | EDUARDO | MERCADO | CARVAJAL | ✓ | ✓ |
| 133 | EDUARDO | | GUILLEN | ✓ | ✓ |
| 134 | EDWAR | | MOUSA | ✓ | ✓ |
| 135 | EDWARD | | KIM | ✓ | ✓ |
| 136 | EDWIN | C | ANGELES | ✓ | ✓ |
| 137 | EDWIN | CONRAD | VAN | ✓ | ✓ |
| 138 | ELIZABETH | A | FOGARTY | ✓ | ✓ |
| 139 | ELIZABETH | ANNMARIE | KRUK | ✓ | ✓ |
| 140 | ERIC | | GRUNWALD | ✓ | ✓ |
| 141 | ERIC | | MELENDEZ | ✓ | ✓ |
| 142 | ERICK | | LUCCIO | ✓ | ✓ |
| 143 | ERIK | C | RECORDS | ✓ | ✓ |
| 144 | EVAN | J | GAUVREAU | ✓ | ✓ |
| 145 | EVERETT | | BLOOM | ✓ | ✓ |
| 146 | EZE | | OLISEMEKE | ✓ | ✓ |
| 147 | FABIAN | A | DORANTES | ✓ | ✓ |
| 148 | FADI | | CHEIKHA | ✓ | ✓ |
| 149 | FERNANDO | | RODRIGUEZ | ✓ | ✓ |
| 150 | FRANCES | L | ENDRES | ✓ | ✓ |
| 151 | FRANCINE | G | BAKST | ✓ | ✓ |
| 152 | FRANCISCO | | ALVAREZ | ✓ | ✓ |
| 153 | FRANCOIS | | MALINOWSKI | ✓ | ✓ |
| 154 | FRANK | | VERDONCK | ✓ | ✓ |
| 155 | FRED | L | COOPER | ✓ | ✓ |
| 156 | FREDERICK | | JOHNCOX | ✓ | ✓ |
| 157 | GAIL | | BROWER-NEDLER | ✓ | ✓ |
| 158 | GARY | R | CARRADINE | ✓ | ✓ |
| 159 | GARY | A | HAAS | ✓ | ✓ |
| 160 | GENE | S | SHILLMAN | ✓ | ✓ |
| 161 | GEORGE | | ASHBY | ✓ | ✓ |
| 162 | GEORGE | S | YAMAMOTO | ✓ | ✓ |
| 163 | GERALD | A | JOHNSON | ✓ | ✓ |
| 164 | GLEN | S | ARNOLD | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 165 | GLENN | NUNEZ | PATRICIO | ✓ | ✓ |
| 166 | GORDON | P | RENAUD | ✓ | ✓ |
| 167 | GRANT | | MACKEY | ✓ | ✓ |
| 168 | GREGORY | R | GRUICH | ✓ | ✓ |
| 169 | GUILLERMO | | ELIZALDE | ✓ | ✓ |
| 170 | GUY | | EDWARDS | ✓ | ✓ |
| 171 | HAL | D | FELZER | ✓ | ✓ |
| 172 | HALA | | NOKARI | ✓ | ✓ |
| 173 | HAROLD | | ARANDA | ✓ | ✓ |
| 174 | HEATHER | | LEMIEUX | ✓ | ✓ |
| 175 | HOA | | VU | ✓ | ✓ |
| 176 | HOMAN | | RAZEGHI | ✓ | ✓ |
| 177 | HORACIO | | REYNA JR | ✓ | ✓ |
| 178 | IAN | JESSE | LASKY | ✓ | ✓ |
| 179 | IRMA | | OCAMPO | ✓ | ✓ |
| 180 | ISAAC | | CAMPOS | ✓ | ✓ |
| 181 | ISHI | | SALAZAR | ✓ | ✓ |
| 182 | ISRRAEL | | ANORVEMONTES | ✓ | ✓ |
| 183 | IVAN | R | BELTRAN | ✓ | ✓ |
| 184 | IVAN | | MESSINGER | ✓ | ✓ |
| 185 | JACK | | CAIN | ✓ | ✓ |
| 186 | JACKIE | L | DEAVERS | ✓ | ✓ |
| 187 | JACQUELYNE | | GARCIA | ✓ | ✓ |
| 188 | JAMES | A | DOLAN | ✓ | ✓ |
| 189 | JAMES | W | DONNELL | ✓ | ✓ |
| 190 | JAMES | | HENDERSON | ✓ | ✓ |
| 191 | JAMES | | NOVELLA | ✓ | ✓ |
| 192 | JAMES | | SPEIGHTS | ✓ | ✓ |
| 193 | JARED | M | YATES | ✓ | ✓ |
| 194 | JASON | | FORD | ✓ | ✓ |
| 195 | JAVIER | | PEREZ | ✓ | ✓ |
| 196 | JAVIER | PEREZ | TORRES | ✓ | ✓ |
| 197 | JAY | | BERMAN | ✓ | ✓ |
| 198 | JEFF | | ALARIO | ✓ | ✓ |
| 199 | JEFF | | WYCKOFF | ✓ | ✓ |
| 200 | JEFFREY | DANIEL | LARKIN | ✓ | ✓ |
| 201 | JENELLE | A | HAUGEN | ✓ | ✓ |
| 202 | JESSE | | CORTEZ | ✓ | ✓ |
| 203 | JESSICA | M | LAMM | ✓ | ✓ |
| 204 | JESSICA | | NATELBORG | ✓ | ✓ |
| 205 | JHENELL | L | MAXEY | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 206 | JIAMING | | ZHOU | ✓ | ✓ |
| 207 | JIANGKUN | | CAI | ✓ | ✓ |
| 208 | JIEZELLE | P | CHUA | ✓ | |
| 209 | JO JEAN | | RIEDEL | ✓ | ✓ |
| 210 | JOBETH | | BERRY | ✓ | ✓ |
| 211 | JOEL | | SHEINER | ✓ | ✓ |
| 212 | JOHN | DANIEL | BALDWIN | ✓ | ✓ |
| 213 | JOHN | | GRUBE | ✓ | ✓ |
| 214 | JOHN | | JENNINGS | ✓ | ✓ |
| 215 | JOHN | W | KITTINGER | ✓ | ✓ |
| 216 | JOHN | FRANCIS | ROMEO | ✓ | ✓ |
| 217 | JOHN | | SHAW JR | ✓ | ✓ |
| 218 | JOHN | VON | WOLZOGEN | ✓ | ✓ |
| 219 | JONATHAN | | CAMPOS | ✓ | ✓ |
| 220 | JONATHAN | | DUNCAN | ✓ | ✓ |
| 221 | JONATHAN | R | FISKE | ✓ | ✓ |
| 222 | JONY | GARCIA | BEIZA | ✓ | ✓ |
| 223 | JORDAN | | KEMP | ✓ | ✓ |
| 224 | JORGE | | MUNOZ | ✓ | ✓ |
| 225 | JORGE | CASTILLO | RANGEL | ✓ | ✓ |
| 226 | JOSE | MARIA | BLANCO | ✓ | ✓ |
| 227 | JOSEPH | | GHABOUR | ✓ | ✓ |
| 228 | JOSEPH | | NIEZGODA | ✓ | ✓ |
| 229 | JOSEPH | | REED | ✓ | ✓ |
| 230 | JOSEPH | N | SMITH | ✓ | ✓ |
| 231 | JOSHUA | | DUNTON | ✓ | ✓ |
| 232 | JOSHUA | | MUNDELL | ✓ | ✓ |
| 233 | JOSHUA | | SULT | ✓ | ✓ |
| 234 | JOSHUA | B | SWIGART | ✓ | ✓ |
| 235 | JOSUE | E | MEZA | ✓ | ✓ |
| 236 | JULIE | MARIE | MARQUEZ | ✓ | ✓ |
| 237 | JULIEN | | MARTEVILLE | ✓ | ✓ |
| 238 | JULIO | REYES | ARCIGA | ✓ | ✓ |
| 239 | JULIO | DANIEL | GARCIA | ✓ | ✓ |
| 240 | JUSTIN | | BARNEY | ✓ | ✓ |
| 241 | JUSTIN | J | WALKER | ✓ | ✓ |
| 242 | KARAN | | KUMAR | ✓ | ✓ |
| 243 | KAREN | | HERNANDEZ | ✓ | ✓ |
| 244 | KAREN | | O'CONNELL | ✓ | ✓ |
| 245 | KARIEM | | FAHMY | ✓ | ✓ |
| 246 | KARL | | KLANKOWSKI | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 247 | KARL | J | RUSNOCK | ✓ | ✓ |
| 248 | KASEM | | RASHEED | ✓ | ✓ |
| 249 | KATHLENE | | GASIOR | ✓ | ✓ |
| 250 | KAYLI | NOEL | RIDDLE | ✓ | ✓ |
| 251 | KAYLIN | M | MURRAY | ✓ | ✓ |
| 252 | KEITH | | MARTENS | ✓ | ✓ |
| 253 | KELISSA | LUNA | RONQUILLO | ✓ | ✓ |
| 254 | KELLEY | | HAYNES | ✓ | ✓ |
| 255 | KENNETH | | SERRA | ✓ | ✓ |
| 256 | KEVIN | | CRYAN | ✓ | ✓ |
| 257 | KEVIN | MICHAEL | WENTZEL | ✓ | ✓ |
| 258 | KHALID | | IBRAHIM | ✓ | ✓ |
| 259 | KIMBERLY | | GAUTNEY | ✓ | ✓ |
| 260 | KIRK | | BARRUS | ✓ | ✓ |
| 261 | KLAUDIA | | KAYE | ✓ | ✓ |
| 262 | KRAMER | | ISON | ✓ | ✓ |
| 263 | KRIS | | KELLER | ✓ | ✓ |
| 264 | KRISTI | | TRAYER (MULLET) | ✓ | ✓ |
| 265 | KRISTINA | | KALAYDJIAN | ✓ | ✓ |
| 266 | KURT | A | KISSINGER | ✓ | ✓ |
| 267 | KYLE | EDWARD | EDWARD | ✓ | ✓ |
| 268 | LANCE | | CAPEL | ✓ | ✓ |
| 269 | LANCE | M | SPENCE | ✓ | ✓ |
| 270 | LAREE | | MCWILLIAMS | ✓ | ✓ |
| 271 | LASHONE | MONIQUE | BELL | ✓ | ✓ |
| 272 | LAURA | | FLINT | ✓ | ✓ |
| 273 | LAURA | A | MARSE | ✓ | ✓ |
| 274 | LAURA | LEE | WILLIAMS | ✓ | ✓ |
| 275 | LAUREN | NOELLE | LEFEVRE | ✓ | ✓ |
| 276 | LAURENS | | DARUDONO | ✓ | ✓ |
| 277 | LAURETTA | MARIE | RUSTAD | ✓ | ✓ |
| 278 | LAURIE | DIANE | SUMMERS | ✓ | ✓ |
| 279 | LAWRENCE | | WERRELL | ✓ | ✓ |
| 280 | LEO | CHIA LUN | WANG | ✓ | ✓ |
| 281 | LEONARD | Y | CHUNG | ✓ | ✓ |
| 282 | LEONID | | SHEVCHENKO | ✓ | ✓ |
| 283 | LEXIE | LYNN | PALACIO | ✓ | ✓ |
| 284 | LI PING | | WAN | ✓ | ✓ |
| 285 | LIEN | | NGUYEN-CRETTENAND | ✓ | ✓ |
| 286 | LINDA | J | KIMBALL | ✓ | ✓ |
| 287 | LISA | | GIBBARD | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|----|
| 288 | LIWEI | | LOU | ✓ | ✓ |
| 289 | LOC | | PHAM | ✓ | ✓ |
| 290 | LOGAN | | HENSLEY | ✓ | ✓ |
| 291 | LORRAINE | | BLANDING | ✓ | ✓ |
| 292 | LUIS | | CASTRO | ✓ | ✓ |
| 293 | LUKE | | LEFIELL | ✓ | ✓ |
| 294 | LYNDA | S | PETERS | ✓ | ✓ |
| 295 | LYNN | DEL | TORO-PACHECO | ✓ | ✓ |
| 296 | LYNN | S | VIQUELIA | ✓ | ✓ |
| 297 | MAHDI | | JORAT | ✓ | ✓ |
| 298 | MANUEL | | CHAVEZ | ✓ | ✓ |
| 299 | MANUEL | JOSEPH | ROJAS | ✓ | ✓ |
| 300 | MARCO | A | APUN | ✓ | ✓ |
| 301 | MARCUS | I | ZAPATA | ✓ | ✓ |
| 302 | MARGARET | | THOMAS | ✓ | ✓ |
| 303 | MARIA | ISABEL | SERRANO-PAREDES | ✓ | ✓ |
| 304 | MARIBEL | | ARANDA | ✓ | ✓ |
| 305 | MARIO | IVAN | SPINELLI | ✓ | ✓ |
| 306 | MARK | D | ALLEN | ✓ | ✓ |
| 307 | MARK | | DUCHARM | ✓ | ✓ |
| 308 | MARK | | MARADEI | ✓ | ✓ |
| 309 | MARTIN | | SMITH | ✓ | ✓ |
| 310 | MARY | A | HEDGE | ✓ | ✓ |
| 311 | MARY | | LEPMEN | ✓ | ✓ |
| 312 | MARY | ANN NUNEZ | PATRICIO | ✓ | ✓ |
| 313 | MARY | | SUNVOLD | ✓ | |
| 314 | MATHEW | | PRICE | ✓ | ✓ |
| 315 | MATTHEW | | GABEL | ✓ | ✓ |
| 316 | MATTHEW | | KARAM | ✓ | ✓ |
| 317 | MELISSA | A | MEJIA | ✓ | ✓ |
| 318 | MESSIAH | | JOHNSON | ✓ | ✓ |
| 319 | MICHAEL | AUGUSTUS | CHASE | ✓ | ✓ |
| 320 | MICHAEL | | CULLEN | ✓ | ✓ |
| 321 | MICHAEL | | GALINDO | ✓ | ✓ |
| 322 | MICHAEL | ROY | GUNTRUM | ✓ | ✓ |
| 323 | MICHAEL | | LOUIS | ✓ | ✓ |
| 324 | MICHAEL | J | SAENZ | ✓ | ✓ |
| 325 | MICHAEL | | SEAL | ✓ | ✓ |
| 326 | MICHAEL | J | WEBB | ✓ | ✓ |
| 327 | MICHAEL | ANTHONY | WINCHESTER | ✓ | ✓ |
| 328 | MICHAEL | | ZHU | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|---|---|---|---|---|---|
| 329 | MICHAEL-JAMES | S | MENIN | ✓ | ✓ |
| 330 | MICHELE | JANICE | UBERT | ✓ | ✓ |
| 331 | MICHELLE | J | WARD | ✓ | ✓ |
| 332 | MISHAWN | | THOMPSON | ✓ | ✓ |
| 333 | MOHAMMED | | ABBAS | ✓ | ✓ |
| 334 | MOHAMMED | KHALID | HASSAN | ✓ | ✓ |
| 335 | MONICA | | CURRAN | ✓ | ✓ |
| 336 | MORGAN | DONALD | ROSS | ✓ | ✓ |
| 337 | MYLES | J | GENTZKOW | ✓ | ✓ |
| 338 | NANCY | | LUCCA | ✓ | ✓ |
| 339 | NATHAN | AUSTIN | DANIELS | ✓ | ✓ |
| 340 | NATHAN | | HOOVER | ✓ | ✓ |
| 341 | NATHANIEL | BLAINE | PETERS | ✓ | ✓ |
| 342 | NATOULIA | R | SCARBOROUGH | ✓ | ✓ |
| 343 | NAZAR | | AGUSTOS | ✓ | ✓ |
| 344 | NICHOLAS | | LOPEZ | ✓ | ✓ |
| 345 | NIKOO | | KHOSRAVI | ✓ | ✓ |
| 346 | NINA | | TRAN | ✓ | ✓ |
| 347 | NOUR | | CHAABAN | ✓ | ✓ |
| 348 | ORKUN | | BAYDAR | ✓ | ✓ |
| 349 | PATRICIA | | CASTILLO-CARRETO | ✓ | ✓ |
| 350 | PATRICK | J | EGAN | ✓ | ✓ |
| 351 | PAUL | J | STANTON | ✓ | ✓ |
| 352 | PAUL | | STEINBRUNER | ✓ | ✓ |
| 353 | PAULO | J | GROSPE | ✓ | |
| 354 | PEACE | | ATAEE | ✓ | ✓ |
| 355 | PEDRO | | VALENCIA | ✓ | ✓ |
| 356 | PETER | | HERNANDEZ | ✓ | ✓ |
| 357 | PETER | | KARIAN | ✓ | ✓ |
| 358 | PHILIP | LOUIS | HERNANDEZ | ✓ | ✓ |
| 359 | PHILIPPE | ALBERT | NOEL | ✓ | ✓ |
| 360 | PIA | | TACADENA | ✓ | ✓ |
| 361 | PREEYA | | GRUNWALD | ✓ | ✓ |
| 362 | RACHEL | | ALTMANN | ✓ | ✓ |
| 363 | RAIED | | SALEM | ✓ | ✓ |
| 364 | RAMON | | MENESES | ✓ | ✓ |
| 365 | RANDALL | | GREMILLION | ✓ | ✓ |
| 366 | REBECCA | | ROACH | ✓ | ✓ |
| 367 | RED | | WEBSTER | ✓ | ✓ |
| 368 | REILLY | | CASE | ✓ | ✓ |
| 369 | REY | | CAUNCA | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 370 | RHONDA | C | GARCIA | ✓ | ✓ |
| 371 | RICARDO | RONALD | VEGA | ✓ | ✓ |
| 372 | RICHARD | | ALVAREZ | ✓ | ✓ |
| 373 | RICHARD | | MEEKER | ✓ | ✓ |
| 374 | RICHARD | | NEGRILLO | ✓ | ✓ |
| 375 | RICHARD | | STRANGE | ✓ | ✓ |
| 376 | RIGOBERTO | | DE LA CRUZ | ✓ | ✓ |
| 377 | ROBERT | | BLOM | ✓ | ✓ |
| 378 | ROBERT | | CIACCIA | ✓ | ✓ |
| 379 | ROBERT | DAVID | KOONTZ | ✓ | ✓ |
| 380 | ROBERT | A | MADRID | ✓ | ✓ |
| 381 | ROBERT | L | STIDHAM | ✓ | ✓ |
| 382 | ROBERT | C | TUAZON | ✓ | ✓ |
| 383 | ROBERTO | | STABEN | ✓ | ✓ |
| 384 | ROGER | | PADAYAO | ✓ | ✓ |
| 385 | RONALD | BARRY | BENDELSTEIN | ✓ | ✓ |
| 386 | RONALD | P | GASCHLER | ✓ | ✓ |
| 387 | RUSSELL | LEE | SMITH | ✓ | ✓ |
| 388 | SADDAM | H | KHAN | ✓ | ✓ |
| 389 | SAM | MUIR | ATHERTON JR | ✓ | ✓ |
| 390 | SAMANTHA | G | ATHERTON | ✓ | ✓ |
| 391 | SAMIUR | R | TALUKDER | ✓ | ✓ |
| 392 | SAMUEL | TODD | RING | ✓ | ✓ |
| 393 | SAMUEL | TIMOTHY | SPIRER | ✓ | ✓ |
| 394 | SAMUEL | | TIBBETS | ✓ | ✓ |
| 395 | SANDRA | | ARROYO | ✓ | ✓ |
| 396 | SANH | | TRAN | ✓ | ✓ |
| 397 | SANJEEWA | | KOMANGODA | ✓ | ✓ |
| 398 | SARA | | CORDER | ✓ | ✓ |
| 399 | SARA | J | SUAREZ | ✓ | ✓ |
| 400 | SARAH | KATE | HOESTENBACH | ✓ | ✓ |
| 401 | SARAH | | MASRI | ✓ | ✓ |
| 402 | SARAH | | TAITANO | ✓ | ✓ |
| 403 | SATIYA | | SIREGAR | ✓ | ✓ |
| 404 | SCHEHERZAD | | MASSOUDI | ✓ | ✓ |
| 405 | SCOTT | MANUEL | AVALOS | ✓ | ✓ |
| 406 | SCOTT | ALLEN | CARDENAS | ✓ | ✓ |
| 407 | SCOTT | | DESPOSATO | ✓ | ✓ |
| 408 | SCOTT | E | FRANQUEMONT | ✓ | ✓ |
| 409 | SEAN | T | MCKELVEY | ✓ | ✓ |
| 410 | SEAN | | MERRITT | ✓ | |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 411 | SEBASTIAN | | HO | ✓ | ✓ |
| 412 | SERGIO | G | ZONTA | ✓ | ✓ |
| 413 | SHAMARAH | | RIGBY | ✓ | ✓ |
| 414 | SHANE | KUMAR | BATTAN | ✓ | ✓ |
| 415 | SHANE | | CANALES | ✓ | ✓ |
| 416 | SHANE | | NORQUIST | ✓ | ✓ |
| 417 | SHAUN | PATRICK | RUETZ | ✓ | ✓ |
| 418 | SILVIA | | MAGANA | ✓ | ✓ |
| 419 | SLAVOLJUB | | KANDIC | ✓ | ✓ |
| 420 | SONJA | | MORENO | ✓ | ✓ |
| 421 | STEPHEN | PAUL | BARTOL | ✓ | ✓ |
| 422 | STEPHEN | K | HONG | ✓ | ✓ |
| 423 | STEPHEN | | MCDOUGALL | ✓ | ✓ |
| 424 | STEPHEN | D | MUNCHERIAN | ✓ | ✓ |
| 425 | STEVE | J | GRAVES | ✓ | ✓ |
| 426 | STEVEN | | BETANCES | ✓ | ✓ |
| 427 | STEVEN | JOHN | MARSHALL | ✓ | ✓ |
| 428 | SU | MIN | SONG | ✓ | ✓ |
| 429 | SUE | | NISTICO | ✓ | ✓ |
| 430 | SUSAN | SHAWN | FLIPPEN | ✓ | ✓ |
| 431 | SYDNEY | | HAWKINS | ✓ | ✓ |
| 432 | SYLVIA | A | BARRIOS | ✓ | ✓ |
| 433 | TAD | GENTRY | KELLER | ✓ | ✓ |
| 434 | TADASHI | | SUZUKI | ✓ | ✓ |
| 435 | TANNER | RAY | THOMPSON | ✓ | ✓ |
| 436 | TERI | | MASSICK | ✓ | ✓ |
| 437 | THERESE | | HOLLOWELL | ✓ | ✓ |
| 438 | THO | HUU | HUYNH | ✓ | ✓ |
| 439 | THOMAS | T | BUI | ✓ | ✓ |
| 440 | THOMAS | | CHAPMAN | ✓ | ✓ |
| 441 | THOMAS | A | TRAX | ✓ | ✓ |
| 442 | THU | HUYNH | NGUYEN | ✓ | ✓ |
| 443 | TIFFANY | | ARNESEN | ✓ | ✓ |
| 444 | TIM | W | DOHERTY | ✓ | ✓ |
| 445 | TIMI | C | GLEASON | ✓ | ✓ |
| 446 | TIMOTHY | | MABRY | ✓ | ✓ |
| 447 | TIMOTHY | SHAWN | MCGUIRE | ✓ | ✓ |
| 448 | TIMOTHY | | SAVAGE | ✓ | ✓ |
| 449 | TIMURA | | JACKSON | ✓ | ✓ |
| 450 | TO | OANH | THI LE | ✓ | |
| 451 | TONY | D | DO | ✓ | ✓ |



**Exclusion Report - 3M / TCA Settlements**

| Number | First Name | Middle Name | Last Name | TCA | 3M |
|--------|-----------|-------------|-----------|-----|-----|
| 452 | TONY | T | NGUYEN | ✓ | ✓ |
| 453 | TOYOAKI | | UCHIDA | ✓ | ✓ |
| 454 | TRAVIS | | BERTRAND | ✓ | ✓ |
| 455 | TRAVIS | | BLANSHAN | ✓ | ✓ |
| 456 | TREVOR | | SHUBIN | ✓ | ✓ |
| 457 | TRIET | MINH | NGUYEN | ✓ | ✓ |
| 458 | TROY | | BETTON | ✓ | ✓ |
| 459 | TYLANI | | GOSSETT | ✓ | ✓ |
| 460 | TYLER | | PAYNE | ✓ | ✓ |
| 461 | ULISES | | MUNOZ | ✓ | ✓ |
| 462 | VANESSA | C | MURILLO | ✓ | ✓ |
| 463 | VIC | | SANCHEZ | ✓ | ✓ |
| 464 | VICTORIA | C | PARSCH | ✓ | |
| 465 | VINCENT | | DOCHE | ✓ | ✓ |
| 466 | VINCENT | | GOMEZ | ✓ | ✓ |
| 467 | VIRGILIO | | URBIZTONDO | ✓ | ✓ |
| 468 | WALTER | R | GARCIA | ✓ | ✓ |
| 469 | WALTER | | GOBEL | ✓ | ✓ |
| 470 | WILL | | BUI | ✓ | ✓ |
| 471 | WILLIAM | | COTA | ✓ | ✓ |
| 472 | WILLIAM | | HOLLINGSWORTH | ✓ | |
| 473 | WILLIAM | | MOYER | ✓ | ✓ |
| 474 | YAMILET | | TORR | ✓ | ✓ |
| 475 | YANNI | A | ABOUDI | ✓ | ✓ |
| 476 | YAO | TE | SUNG | ✓ | ✓ |
| 477 | YASMINE | ABDEL | RAHMAN | ✓ | ✓ |
| 478 | YOOBIN | | SEO | ✓ | ✓ |
| 479 | YRASEMA | NOEMI | ORTIZ | ✓ | ✓ |
| 480 | ZACHARY | | ETTERMAN | ✓ | ✓ |
| 481 | ZACHARY | | SMITH | ✓ | ✓ |
| 482 | ZION | | LEE | ✓ | ✓ |