**O**
**JS-6**



# United States District Court
# Central District of California

| | |
|---|---|
| In Re TOLL ROADS LITIGATION | Case No. 8:16-cv-00262-ODW (ADSx) |
| | **FINAL JUDGMENT** |
| PENNY DAVIDI BORSUK, et al., | |
| Plaintiffs, | |
| v. | |
| FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, et al., | |
| Defendants. | |

On February 16, 2016, Defendants removed this action from Orange County Superior Court. (Notice Removal, ECF No. 1.) On July 20, 2020, the Court appointed the Honorable Andrew J. Guilford, Ret. as Special Master. (ECF No. 582.) Plaintiff Dan Golka on behalf of himself and the settlement class moved for final approval of the class action settlement, (ECF Nos. 114, 623, 624), and on January 14, 2022, the Court adopted in full the Special Master's Report and Recommendation for that settlement, (ECF No. 622). On February 11, 2022, the Court granted final

approval of the class action settlement and awarded class counsel attorney's fees, costs, and service awards.  (ECF Nos. 629, 630.)

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for final approval of the class action settlement.
2. Defendants shall pay the attorney's fees, costs, and service awards as so directed in the Court's February 11, 2022 Order, (ECF No. 630).

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 14, 2022

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**